RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Terrance Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>TERRANCE BROWN,<br><br>            Defendant. | Case No. 2:20-CR-271-RFB-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jennifer Oxley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Terrance Brown, that the Evidentiary Hearing currently scheduled on February 18, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for the evidentiary hearing and review any supplemental discovery that may be provided.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 8th day of February, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jennifer Oxley*<br>By_____<br>JENNIFER OXLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TERRANCE BROWN,<br><br>            Defendant. | Case No. 2:20-CR-271-RFB-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Thursday, February 18, 2021 at 9:00 a.m., be vacated and continued to  April 22, 2021  at the hour of   9 : 30   a .m.; or to a time and date convenient to the court.

DATED this 11th day of February, 2021.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE