RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Terrance Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE BROWN,<br><br>Defendant. | Case No. 2:20-CR-271-RFB-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Dan Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Terrance Brown, that the Evidentiary Hearing currently scheduled on April 22, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    Government counsel will be out of the district on the date of the evidentiary hearing.

    2.    The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the evidentiary hearing.

DATED this 2nd day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Dan Cowhig*<br>By_____<br>DAN COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRANCE BROWN,<br><br>　　　　　Defendant. | Case No. 2:20-CR-271-RFB-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Thursday, April 22, 2021 at 9:30 a.m., be vacated and continued to May 27, 2021 at the hour of 1:00 p.m.; or to a time and date convenient to the court.

　　DATED this 6th day of April, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE