RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Terrance Brown

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERRANCE BROWN,<br><br>    Defendant. | Case No. 2:20-CR-271-RFB-VCF<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Terrance Brown, that the Court modify the conditions of pretrial release.

The Stipulation is entered into for the following reasons:

1. On January 28, 2021, this Court released Mr. Brown on conditions of pretrial release. Among the conditions imposed was a requirement that Mr. Brown reside with his brother Kenyoun McCoy (Condition #22); Mr. Brown would be subject to home incarceration

(Condition #51C); and a prohibition on association with anyone outside Mr. Brown and Mr. McCoy's immediate family.

2. Since his release, Pretrial Services Officer Jessie Moorehead reports that Mr. Brown was complied with all the conditions of his pretrial release.

3. In order to allow Mr. Brown greater opportunities to care for his family, the parties request that the Court modify the condition of pretrial release as follows: Condition #22 be changed from "brother Kenyoun McCoy's residence" to "a residence approved by Pretrial Services"; Condition #51C: home incarceration be replaced with Condition #51A: curfew; and Condition #82, the association restriction, be removed.

4. Pretrial Services does not oppose the requested modification.

This is the first stipulation to modify conditions of pretrial release filed herein.

DATED this 13th day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERRANCE BROWN,<br><br>    Defendant. | Case No. 2:20-CR-271-RFB-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the conditions of pretrial release are modified as follows:

1. Condition #22 is changed from "brother Kenyoun McCoy's residence" to "a residence approved by Pretrial Services"

2. Condition #51C: home incarceration is replaced with Condition #51A: curfew

3. Condition #82, the association restriction, is removed.

DATED this 14th day of May, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE